UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-62116-CIV-MORENO**

C&C CARRIAGE MUSHROOM CO., d/b/a
MODERN MUSHROOM SALES COMPANY,

    Plaintiff,

vs.

GREENWOOD CHOICE, INC., d/b/a NEW WORLD
FOOD, LLC a/k/a NEW GLOBE FOOD, et al.,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Ex-Parte Temporary Restraining Order **(D.E. No. 4)**, filed on **November 3, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 9)** on **November 24, 2010**. To this date no objections to the Magistrate Judge's Report and Recommendation have been filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 9)** on **November 24, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Ex-Parte Temporary Restraining Order **(D.E. No. 4)**, filed on **November 3, 2010**, is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres
Counsel of Record