UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62116-CIV-MORENO/TORRES

C&C CARRIAGE MUSHROOM CO., d/b/a
MODERN MUSHROOM SALES COMPANY,

      Plaintiff,

vs.

GREENWOOD CHOICE, INC., a/t/a
NEW WORLD FOOD, LLC, and
NEW GLOBE FOOD, *et al.*,

      Defendants.

_____/

### REPORT AND RECOMMENDATION
### ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction [D.E. 5] filed on November 3, 2010.[1]  Defendants have not filed a response as of the date of this report.  The court held an evidentiary hearing on the motion on January 4, 2011.  Defendants neither attended the hearing nor sought relief from the Court to continue the hearing.  Based on the motion and the affidavit and documents submitted therewith, we conclude that Plaintiff's motion should be granted.

Plaintiff brings suit under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499a-t, to enforce its right to payments due for perishable

---

[1] Pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the United States District Court for the Southern District of Florida, this case was referred by Judge Moreno to the undersigned Magistrate Judge to take all necessary and proper action as required by law with respect to all pretrial matters.

agricultural products purchased by Defendants. On November 3, 2010 filed a motion for temporary restraining order ("TRO") without notice to Defendants [D.E. 4], alleging that Plaintiff would suffer immediate and irreparable injury, loss, and damage due to Defendants' dissipation of PACA statutory trust assets if the TRO was not issued. The Court granted the TRO, and ordered Defendants to pay $236,893.25 to Plaintiff or to file with the court an accounting which identifies Defendants' assets and liabilities and each account receivable. To date, Defendants have failed to comply with the TRO's directives despite being properly served [D.E. 11].

Plaintiff's motion for preliminary injunction essentially seeks to continue the TRO in order to prevent Defendants from dissipating the statutory trust under which Plaintiff is a perfected beneficiary pursuant to PACA.

The standard for granting injunctive relief in the Eleventh Circuit requires the moving party to show: 1) that they will likely succeed on the merits at trial; 2) that they are likely to be irreparably harmed absent preliminary relief; 3) that the balance of the equities tips in their favor; and 4) that an injunction is in the public interest. *Norfolk Southern Ry. v. Fla. Dep't of Revenue*, 550 F.3d 1306, 1312 n.10 (11th Cir. 2008). Because Defendants failed to oppose Plaintiff's motion and to proffer any evidence contrary to the Affidavit of Bennet D. Lazar, the Chief Financial Officer of Plaintiff C&C Carriage Mushroom, Inc., we adopt the factual findings from our TRO Report and Recommendation [D.E. 9]. Accordingly, we conclude that Plaintiff has satisfied every element necessary for a grant of a preliminary injunctive relief.

For the foregoing reasons, the Court respectfully **RECOMMENDS** that Plaintiff's Motion for Preliminary Injunction [D.E. 5] be **GRANTED**. It should be **ORDERED** and **ADJUDGED** that Defendants Greenwood Choice, Inc., Ricky Erik Archer, III, Julia Archer Atkinson, their agents, officers, subsidiaries, assigns, banking institutions and related entities shall not alienate, dissipate, pay over or assign any assets, covered by or subject to the trust provision of the PACA, of Defendant Greenwood, a/t/a New World Food, LLC and New Globe Food, Ricky Erik Archer, III, a/k/a Ricki Erik, individually and d/b/a New World Food, LLC and Julia Archer Atkinson, individually and d/b/a New World Food, LLC, or its subsidiaries or related companies except as set forth herein until sums owed to Plaintiff are paid in full.

It should be further **ORDERED** and **ADJUDGED** that within five (5) business days of the date of this Order, Defendants shall supply Plaintiff's counsel the following documents regarding the assets of Greenwood Choice, Inc., a/t/a New World Food, LLC and New Globe Food, Ricky Erik Archer, III, a/k/a Ricky Erik, individually and d/b/a New World Food, LLC and Julia Archer Atkinson, individually and d/b/a New World Food, LLC and their related and subsidiary companies: most recent balance sheets and profit/loss statements, accounts receivable names and addresses for collection purposes, and all records, such as checking account registers, showing how any funds received from the sale of produce were spent in the last eight (8) months.

It should be further **ORDERED** and **ADJUDGED** that Plaintiff shall forthwith served Defendant, or its registered agent, or its counsel, with a copy of this Order.

Plaintiff shall have five (5) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the

Honorable Federico A. Moreno, United States District Judge. Given the fact that this motion is unopposed and essentially granted in its entirety, the Court will expedite the period for filing objections as per S.D. Fla. Local Mag. J. R. 4(b). Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of any issue included in the Report and shall bar the parties from attacking on appeal the factual findings contained herein. *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (en banc); 28 U.S.C. § 636(b)(1); S.D. Fla. Local Mag. J. R. 4(b). The failure to file objections shall not waive Defendant's right to assert any defenses or present its case at the hearing on the preliminary injunction motion

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of January, 2011.

                                                  */s/ Edwin G. Torres*
                                                  EDWIN G. TORRES
                                                  United States Magistrate Judge

CC:

Ricky Erik Archer
d/b/a New World Food LLC
2735 Rodman Street
Hollywood, FL 33020