UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-62116-CIV-MORENO**

C&C CARRIAGE MUSHROOM CO., d/b/a MODERN
MUSHROOM SALES COMPANY,

    Plaintiff,

vs.

GREENWOOD CHOICE, INC., d/b/a NEW WORLD
FOOD, LLC a/k/a NEW GLOBE FOOD, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Preliminary Injunction **(D.E. No. 5)**, filed on **November 3, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 13)** on **January 4, 2011**. Objections to the Report and Recommendation were due by January 10, 2011, and to date none have been filed. The Court having reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 13)** on **January 4, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Preliminary Injunction **(D.E. No. 5)**, filed on **November 3, 2010**, is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of January, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record